UNITED WIRELESS TELEGRAPH CO. et al. v. NATIONAL ELECTRIC SIGNALING CO.

(Circuit Court of Appeals, First Circuit.   May 2, 1912.)

No. 953.

BANKRUPTCY (§ 391*)—INFRINGEMENT OF PATENT—BANKRUPTCY OF DEFENDANT—EXTENSION OF INJUNCTION TO TRUSTEE.

Where a defendant, adjudged to have infringed a patent, has been adjudged a bankrupt, and the alleged infringing apparatus or articles have passed into the possession of his trustee, he will be enjoined from selling or transferring the same pending an appeal to review the decree in the patent suit.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 637–655; Dec. Dig. § 391.*]

Appeal from the Circuit Court of the United States for the District of Maine.

Suit in equity by the National Electric Signaling Company against the United Wireless Telegraph Company and others. Decree for complainant, and defendants appeal. On petition by appellee for prohibition of sale. Granted.

See, also, infra.

Robert T. Whitehouse, of Portland, Me., for appellants trustees in bankruptcy.

Francis W. H. Clay, of Pittsburgh, Pa., for appellee.

Selden Bacon, of New York City, for reorganization committee.

Before COLT, Circuit Judge, and ALDRICH and BROWN, District Judges.

PER CURIAM. We are of the opinion that pending this appeal, or until further order of this court, no further steps should be taken by the trustees in bankruptcy of the United Wireless Telegraph Company, or by any party appellant, in furtherance or consummation of such provisions of the contract for purchase and sale heretofore entered into between the said trustees in bankruptcy and Arthur P. West and others, as a committee of stockholders on reorganization, as may require a transfer by said trustees in bankruptcy of title in and to any apparatus or instruments, the property of the United Wireless Telegraph Company or its trustees in bankruptcy, and held by the decree of the Circuit Court to infringe the patent in suit; and it is so ordered.